# Exhibit A

| | |
|---|---|
| luckybrands | 1072450346@qq.com |
| ZSXBH | 1134937206@qq.com |
| uniformsllz0047 | 125068202@qq.com |
| vlone0210 | 1300246704@qq.com |
| ZXW123 | 1319119568@qq.com |
| brand_88 | 13766430825@163.com |
| linyi jushifang shangmao youxiangongsi | 15048647573@163.com |
| wggood2 | 15395974112@163.com |
| nulipinbo42 | 15892077206@163.com |
| seller5222 | 1760696714@qq.com |
| ROPIC | 1821864120@qq.com |
| lululemen1 | 18650867320@163.com |
| fans2024 | 18950715277@139.com |
| ourbest | 18950715277@139.com |
| jersey24new | 2412356195@qq.com |
| directsports | 3174247706@qq.com |
| Yiwu Beauledo Garment Co., Ltd. | 3471577196@qq.com |
| Foshan Nanhai Youpin Chaopai Clothing Store | 363461203@qq.com |
| jstech24 | 371705735@qq.com |
| yogallz0048 | 371847112@qq.com |
| yogallz0049 | 371847112@qq.com |
| Foshan Nanhai Yunshang Chengpin Clothing Store (Individual Business) | 463823483@qq.com |
| copenssa | 564132066@qq.com |
| supertopcap | 707822601@qq.com |
| jjy1 | 750764990@qq.com |
| peng88-369 | 764999658@qq.com |
| goods002 | 891667212@qq.com |
| Aegean Decor | a13454323786@163.com |
| Aegean Decor | a13454323786@163.com |
| todou-neon | a18760458911@126.com |
| Shenzhen Gewei Clothing Co., Ltd. | aaron@szgewei.cn |
| CSAXEDZSWLLC | aiaiguzhou2028@163.com |
| Zhucheng Licheng Advertising Co., Ltd. | alice@123.com |
| wellmanx_51 | anthien_dinh@hotmail.com |
| phanhu11 | brain.bond@hotmail.com |
| hot010 | caitlyne2023@163.com |
| Liuzhiling | cangv9997@163.com |
| Yiwu Queran Clothing Co., Ltd | cap2024@126.com |
| baxuptxv | chenxing@ha.email.cn |
| Chun ye | chunyeneon@163.com |

| | |
|---|---|
| Chun ye | chunyeneon@163.com |
| vigth-10 | cuwohuf-oda41@hotmail.com |
| CYQSHOPONE | cyqyamaxun@163.com |
| hho347 | daxu97@163.com |
| chengke3199 | dihrr67@163.com |
| diyud30 | diyud305@outlook.com |
| youbao_54 | emily.hartmanfos@hotmail.com |
| madelinestock | excellentstar2024@163.com |
| tuhuism | fasn33@163.com |
| cyril_covey | fenton_cullen@hotmail.com |
| Funnystore | fp9mzfm28iv28iy5@163.com |
| lplineqq09 | fpptqlq@hotmail.com |
| Maga America | gacq66@163.com |
| xslagl-1 | giaohuong_dinh56@hotmail.com |
| CYF | gmuiwevmwrlmmq@outlook.com |
| Zhi Hao auto partsstore | gpcofo856@163.com |
| huangli6666 | gphy01@163.com |
| jinanhuimingshangmaoxiaoshouyouxiangongsi | guobd9786gr@hotmail.com |
| nheidelb_66 | hainam_truong73@hotmail.com |
| huangdehui0928 | hhdehui33672@163.com |
| phamtuananh19 | hipoilepro@gmail.com |
| marca | hrmu90914904@outlook.com |
| safseqe | htreu67i68o9o@outlook.com |
| superseller16888 | huangxiuzhu890129@hotmail.com |
| oquinn_7 | huanvo67@hotmail.com |
| su435_55 | igpebi62qmnr@sina.com |
| Mingoalone (Dalian) International Trade Co.,Ltd. | inquiry@mingoalone.com |
| px-fashionest | iouls6767679@gmail.com |
| isidro.c80 | isidro.carrillosc@hotmail.com |
| Huizhou Findle Computer Embroidery Co., Ltd. | jackhuang@findle-cn.com |
| janie.-9190 | janie.sherman@hotmail.com |
| ZB-Zhenbiao | jcq331030@163.com |
| jean.th_47 | jean.thorntonre@hotmail.com |
| mamba0824 | jersey6666@163.com |
| jody.898 | jody.sparks@hotmail.com |
| joesph-73 | joesph.craig@hotmail.com |
| jonas.ric64 | jonas.richardsonsc@hotmail.com |
| Gokawyo | jytjswhw@126.com |
| karin-9463 | karin.owens@hotmail.com |
| ngnguyn-69 | katharine.goff@hotmail.com |
| rugbychampions.club | kilibuybuy@outlook.com, |

| | |
|---|---|
| | ilovetrophy@outlook.com |
| murry-46 | kimthu_vuong@hotmail.com |
| kirby.65 | kirby.rivera@hotmail.com |
| trthphn_0 | kristen50u7ka@outlook.com |
| Lijinyan. | l13413294154@163.com |
| udshyge | l4h3oywe9fhi@outlook.com |
| lawand-5997 | lawanda.bray@hotmail.com |
| mrwt2661 | leminhanh2648942@gmail.com |
| hongdongxiangaojingyimaoyidian | lianjuyeytq6@163.com |
| liecu-3825 | liecuna830@163.com |
| lixiang-57 | lixiangebay1@163.com |
| elevationsports | lobdgrhfqp@outlook.com |
| ngtran_30 | lorene.barrett@hotmail.com |
| louella.w-56 | louella.washington@hotmail.com |
| tovum58 | luongtai3@hotmail.com |
| ddual | m15306066124@163.com |
| magallan_18 | magallanestz1995@aol.com |
| putianshilichengqugongchenjiedaozhengzhihangfuzhua | maobiqing19630317@163.com |
| marco.1606 | marco.porter@hotmail.com |
| topsmartdesign.com | markhodges1984@gmail.com |
| michele._1594 | michele.taylor28@hotmail.com |
| miguel.-2999 | miguel.ferrell@hotmail.com |
| tutish | minitoyforus@gmail.com |
| mollie.r29 | mollie.reynoldssc@hotmail.com |
| Wuxi Molis International Trade Company Ltd. | mollyliu@wxmolis.com.cn |
| castlebl_93 | ms.kang12@hotmail.com |
| mtf8888 | mtf8856@163.com |
| mylove_jersey | mylove_jersey2021@126.com |
| lindbmc-28 | ngoclinh_ho@hotmail.com |
| noemi.8139 | noemi.skinner@hotmail.com |
| DMYPHY | oiperdk981@outlook.com |
| NICE GIFT SHOPPING | pent923h@outlook.com |
| YanTaiYuanLu | qiaobi47505@163.com |
| qhitc26 | quoctuan_hoang47@hotmail.com |
| VBDYTT | rao810@163.com |
| datongshidufanshangmaozhongxin | rbq953444@163.com |
| rededica38 | rededicatehn2433@outlook.com |
| reinald_321 | reinaldo.watts@hotmail.com |
| rene.s_65 | rene.sherman@hotmail.com |
| trnv09 | reynaldo.hoffman@hotmail.com |

| | |
|---|---|
| rodneyrussellj | rodneyrusselljht@hotmail.com |
| rogelio-2861 | rogelio.english@hotmail.com |
| Movie Basketball Jerseys | ru4981@126.com |
| Kazakh communication | s3uuurdhdsh@163.com |
| santalace37 | santalaceousho9250@outlook.com |
| sasha.jo98 | sasha.johnstonsc@hotmail.com |
| selinast2872 | selinastyles7193@gmail.com |
| huliquzhongzhishuoweibaihuodian | shantaip3357@163.com |
| NEONBOYS | shengyangwangluo@126.com |
| Shishi Junxin Garment Accessories Co., Ltd. | ssjunxin@126.com |
| KKKKD | stxlsptwnzfsbs@outlook.com |
| changshayaohengshangmaoyouxiangongsi | t728633@163.com |
| phuvo-63 | tamra.haney@hotmail.com |
| Kemisports inc | tcc095whj3wff@outlook.com |
| zgill_71 | thehung.ha9@hotmail.com |
| iENYRID Official Store | tianyou.scooter@outlook.com |
| ty-ie003 | tianyou_ie_003@outlook.com |
| tianyou-49 | tianyou_ie_004@outlook.com |
| truon_93 | truonghiep0@hotmail.com |
| lijin0215 | tyfydrtgyu6@hotmail.com |
| mingjindedianpu | ukeu3vw066510@163.com |
| vicki.ha-34 | vicki.harveyaaac@hotmail.com |
| vilma.-48 | vilma.roth96@hotmail.com |
| vofijiaxcraft | vophinghia27@gmail.com |
| Yifandianzi | vq6p1uw63p@outlook.com |
| coosyus | w15060804852@163.com |
| wenfe-7777 | wenfenmain@outlook.com |
| MinLi | ximeng666777@163.com |
| Xuguohai | xuguohai11888@163.com |
| rainbow_6018 | xuling_0426@sina.com |
| xulin_2169 | xuling0426@163.com |
| yangzheng1718 | yangzheng171837540@126.com |
| Obscure Oasis | ygnorthchan0010@hotmail.com |
| Suppliers of Rehabilitation Aids | ygnorthchan002@hotmail.com |
| yiche_2885 | yichepo2279@163.com |
| yiku_1095 | yikuotuo@163.com |
| guangxichengdazhonggongyouxiangongsi | yinmi0529101@163.com |
| Gruiyong | youxitongn1@163.com |
| bahr | yuanwang1615@163.com |
| choochoong store | yuxy603@163.com |
| ijryqzii | zengxiao@xi.email.cn |

| | |
|---|---|
| PTZETIAN | zjpzetian2022@163.com |
| | shrutiaggarwal@scienbizippc.com; settlement@scienbizip.com; huachen@scienbizippc.com; calvinchai@scienbizippc.com; TienMeldrum@scienbizippc.com; tomokoitsukaichi@scienbizippc.com |
| | ckeleher@appellatelawgroup.com |
| | li@bonnielilaw.com |